Argued and submitted March 31, reversed and remanded April 22, 1987

In the Matter of the Application of
LAURIE ANN TAULBEE for a
Writ of Habeas Corpus,
*Appellant,*

*v.*

FRANCE et al,
*Respondents.*

(38042-TM; CA A39971)

735 P2d 1302

Brian J. MacRitchie, Bend, argued the cause for appellant. With him on the brief was MacRitchie & Lewis, Bend.

David Allen Filer and Bryant, Fitch, Filer & Curtis, Redmond, filed the brief for respondents.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Petitioner was convicted in municipal court of driving under the influence of intoxicants in violation of a city ordinance. She asserts that the denial of post-conviction relief to her, because she was convicted of a municipal ordinance violation, violates her federal and state equal protection rights.

The issue was decided in *Hunter v. State of Oregon,* 84 Or App 698, 735 P2d 1225 (1987), where we said that the post-conviction relief statutes apply when, as here, the conviction is for violation of a municipal ordinance mandated by a state statute to prohibit the same conduct and provide for the same penalty as the state DUII statute. Accordingly, petitioner should be allowed to pursue her post-conviction claim.

Reversed and remanded.